```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HINDOLUI KENNIE,                :   CIVIL ACTION
                                :   NO. 19-2339
          Petitioner,           :
     v.                         :
                                :
WARDEN OF GEORGE HILL           :
CORRECTIONAL FACILITY, et al.,  :
                                :
          Respondents.          :
```

### ORDER

**AND NOW**, this **20th** day of **October, 2020,** upon consideration of Hindolui Kennie's Petition for Writ of Habeas Corpus (ECF No. 2), the Respondents' answer and response in opposition (ECF Nos. 13 and 21), and the Report and Recommendation of U.S. Magistrate Judge Carol Sandra Moore Wells (ECF No. 22), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

2. The Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary hearing;[2] and

---

[1] Petitioner was released from prison in February 2020, and he has not received a copy of the Report and Recommendation. However, it is the Petitioner's job to inform the court of any address change, and he has not done so since his release in February. Consequently, there is no way for the court to mail him a copy of the Report and Recommendation.

[2] Petitioner challenges his 2019 conviction on 2018 charges related to terroristic threats, among other things. However, Petitioner's claims are procedurally defaulted and he has neither demonstrated cause and prejudice for the default, nor presented any new, reliable evidence of his actual innocence to excuse the default. Consequently, the court cannot review his procedurally defaulted claims on the merits.

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED.**

**AND IT IS SO ORDERED.**

                __/s/ *Eduardo C. Robreno*_____
                **EDUARDO C. ROBRENO, J.**